1    **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                       FOR THE DISTRICT OF ARIZONA

8

9    Kevin Glass,                              )    No. CIV 06-1404-PHX-MHM
                                                )
10               Plaintiff,                     )    **ORDER**
                                                )
11   vs.                                        )
                                                )
12                                              )
     Intel Corporation,                         )
13                                              )
                 Defendant.                     )
14                                              )
     _____       )

15

16      On May 30, 2006 Plaintiff Kevin Glass ("Plaintiff"), proceeding pro se, filed the instant

17   Complaint against Defendant Intel Corporation (Defendant).   Plaintiff asserts clams of

18   employment discrimination and retaliation.  (Dkt.#1).  On December 7, 2006, this Court

19   issued an Order to Show Cause why this matter should not be dismissed pursuant to Rule

20   4(m) of the Federal Rules of Civil Procedure, as Plaintiff had not timely effectuated service

21   of process.  The Court conducted a hearing on January 8, 2007, at which time Plaintiff

22   informed the Court that he had effectuated service of process upon the Defendant on January

23   2, 2007. (Dkt.#7).  On January 22, 2007, Defendant filed the instant Motion to dismiss on the

24   grounds that Plaintiff's service of process was insufficient and untimely.  (Dkt.#9).   The

25   Plaintiff, however, has yet to respond to the instant Motion to dismiss and the time to respond

26   has long past.  LRCiv. 7.2(c) ("[t]he opposing party shall ... have ten (10) days after service

27   in a civil ... case within which to serve and file a responsive memorandum.").  Clearly, the

28

1    ten day period to respond has long expired.  Such failure to respond raises the applicability

2    LRCiv.7.2(i), which provides in pertinent part:

3        If a motion does not conform in all substantial respects with the requirements of this
         Local Rule, or if the unrepresented party or counsel does not serve and file the required
4        answering memoranda, ... such non-compliance may be deemed a consent to the denial
         or granting of the motion and the Court may dispose of the motion summarily.
5
     As such, pursuant to LRCiv. 7.2(i), the Court may deem Plaintiff's failure to respond a
6
     consent to the granting of the Defendant's motion to dimiss.  See Ghazali v. Moran, 46 F.3d
7
     52, 53-54 (9th Cir. 1995) (holding that district court did not err in summarily granting the
8
     defendant's motion to dismiss pursuant to local rule where the pro se plaintiff had time to
9
     respond to the motion but failed to do so).  The Court also may dismiss pursuant to Rule
10
     41(b) Fed.R.Civ.P. if Plaintiff fails to prosecute the action or comply with the rules or any
11
     Court order.  See Ferdik v. Bonzelet, 963 F.2d 1258, 1260 (9th Cir. 1992) (holding that the
12
     district court did not err in dismissing a pro se plaintiff's action for failure to comply with the
13
     court's order); see also King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1986) ("Pro se litigants
14
     must follow the same rules of procedure that govern other litigants.").
15
     In light of the above authority regarding Plaintiff's failure to respond, the Court will direct
16
     Plaintiff to file a response to the Defendant's Motion to dismiss by May 16, 2007.  Plaintiff's
17
     failure to comply with this Order will result in the dismissal of his claims and action.
18
     **Accordingly,**
19
     **IT IS HEREBY ORDERED** directing Plaintiff to file any response to the Defendant's
20
     Motion to dismiss by May 16, 2007.
21
     **IT IS FURTHER ORDERED** directing the Clerk of the Court to dismiss Plaintiff's
22
     claims and action without prejudice and without further notice if Plaintiff fails to comply
23
     with the Court's order with respect to the May 16, 2007 deadline.
24
     DATED this 2nd day of May, 2007.
25

26

27   _____
                              Mary H. Murguia
28                     United States District Judge